

**ORDERED in the Southern District of Florida on May 05, 2011.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In Re:

JOSE IDELFONSO MARAGOTO                    CHAPTER:    13
NEYDA O RAMOS BELLO                        CASE NO.:   11-16592-LMI

     Debtors.
_____/

### ORDER GRANTING THE MOTION FOR RELIEF FROM STAY FILED BY VT INC. AS TRUSTEE OF WORLD OMNI LT REGARDING A LEASED 2008 TOYOTA CAMRY

**THIS CAUSE** came before the Court on May 3, 2011, for consideration of the Motion for Relief from Stay [D.E. #21] filed by the Creditor VT Inc. as Trustee of World Omni LT (the "Creditor" or "VT Inc."). The Court has been advised that Debtors' Plan contains no provision for payments to Creditor, that the Trustee has filed no objection to the relief sought and the Motion therefore deemed unopposed. Accordingly, it is,

**ORDERED, ADJUDGED** and **DECREED:**

1. That the Motion of VT Inc. is GRANTED.

2. The automatic stay imposed by §362(a) of the Bankruptcy Code, is hereby terminated as to the Creditor, VT Inc. and its leased **2008 TOYOTA CAMRY VIN 4T1BE46K38U230576** (the "Leased Vehicle").

3. The effectiveness of Bankruptcy Rule 4001(a)(3) is waived.

4. Within ninety (90) days of the date of this Order, Creditor shall file its amended unsecured proof of claim for any deficiency balance remaining.

5. Creditor is granted *in rem* relief and shall not pursue or obtain *in personam* remedies against the Debtor.

###

Matthew H. Scott has been directed by the Court to serve the following interested parties and to file a certificate of service evidencing the means by which service was accomplished:

Jose Idelfonso Maragoto and Neyda Ramos Bello 13121 SW 56th Terr Miami, FL 33183
Patrick Cordero, Esq 198 NW 37th Ave Miami, FL 33125
Trustee Nancy N. Herkert POB 279806, Miramar, FL  33027
Office of the U.S. Trustee 51 SW 1st Avenue, Suite 1204, Miami, FL  33130
Matthew H. Scott, Esquire, 110 SE 6th Street, 15th Floor, Fort Lauderdale, FL  33301

Submitted by:
Matthew H. Scott, Esquire (FBN 0057147)
Tripp Scott, PA
*Attorneys for the Creditor VT Inc.*
110 SE 6th Street, 15th FL
Fort Lauderdale, FL  33301
bankruptcy@trippscott.com
Tel:  954-525-7500