**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___1st___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: ___Jose Idelfonso Maragoto___   JOINT DEBTOR: Neyda o. Ramos Bello  CASE NO.: __11-16592-LMI__
Last Four Digits of SS# ___4447___   Last Four Digits of SS# ___6473___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $___145.00___ for months ___1___ to ___4___;
   B.   $___157.17___ for months ___5___ to ___60___;
   C.   $_____ for months _____ to _____; in order to pay the following creditors:

Administrative:   Attorney's Fee - $___4,250.00 + $175.00___ Costs ___ TOTAL PAID $ ___$2,200.00___
                  Balance Due  $__$2,225.00__ payable $_117.11_/month (Months _1_ to _19_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____          Arrearage on Petition Date   $_____
Address:_____          Arrears Payment              $_____/month (Months _ to _)
        _____          Arrears Payment              $_____/month (Months _ to _)
Account No: _____          Regular Payment              $_____/month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase (2nd Mortgage) Acct. # 5195 | Homestead Property 13121 SW 56th Terr Miami, FL 33183 $170,000.00 | 0% | 0.00 | 1 to 60 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. ___IRS___  Total Due $___174.88___ Payable $___3.13___/month (Months _5_ to _60_)

Unsecured Creditors: Pay $13.39 month (Months _1_ to _4_), Pay $_21.21_ month (Months _5_ to _19_), Pay $_138.32_ month (Months _20_ to _60_),

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Ocwen Loan Servicing (0151) First Mortgage, American Honda (8003), US Bank (6540), and Memorial Plan Kendall are current and being paid outside the chapter 13 plan. Chase (5195) Second Mortgage is being stripped off through the chapter 13 plan. World Omni F (7325) will be surrendered with relief from stay. The Debtors will provide copies of their income tax returns to the Chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J if their income increases and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____                    _____/s_____
Debtor                                     Joint Debtor

Date: __6/7/11__                           Date: __6/7/11__


LF-31 (rev. 01/08/10)